# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-0673
_____

JAJUAN JOHNSON,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

April 11, 2019

PER CURIAM.

Upon consideration of Appellant's response to the Court's order of February 25, 2019, the Court has determined that the appeal is untimely. Accordingly, the appeal is dismissed. The dismissal is without prejudice to Appellant filing a petition for belated appeal pursuant to Florida Rule of Appellate Procedure 9.141(c).

LEWIS, ROWE, and MAKAR, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

JaJuan Johnson, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.